**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-CR-147-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

SPENCER CARRADO,

Defendant.

---

**INFORMATION**

---

The U.S. Department of Justice Criminal Division charges:

**COUNT 1**
**26 U.S.C. § 7202**
(Willful Failure to Pay Over Employment Taxes)

The defendant, SPENCER CARRADO, a resident of Colorado, operated a business under a limited liability company called SculptedMD Colorado-Spectrum Spa LLC (“SculptedMD”). SculptedMD conducted business in the District of Colorado and had employees. On or about July 31, 2024, CARRADO deducted and collected from the total taxable wages of his employees’ federal income taxes and Federal Insurance Contributions Act taxes in the amount of approximately $47,998.99, and did willfully fail to pay that amount of withheld taxes over to the Internal Revenue Service as required.

In violation of Title 26, United States Code, Section 7202.

A. TYSEN DUVA
Assistant Attorney General
Department of Justice, Criminal Division

/s/ *Stuart A. Wexler*
STUART A. WEXLER
Trial Attorney
Department of Justice, Criminal Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
(202) 598-7816
Stuart.a.wexler@usdoj.gov

/s/ *Christopher E. Lin*
CHRISTOPHER E. LIN
Trial Attorney
Department of Justice, Criminal Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
(202) 451-7364
Christopher.E.Lin@usdoj.gov

*Attorneys for the United States*